## KNITTLE v. L. S. AYRES AND COMPANY ET AL.

[No. 12,595.   Filed April 7, 1926.   Rehearing denied June 23, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Minnie Knittle against L. S. Ayres and Company and others. From the order made therein, the former appeals. *Affirmed.* By the court in banc.

*George O. Lehman,* for appellant.
*White & Wright,* for appellee.

REMY, J.—Affirmed on authority of *Northern Indiana Gas, etc., Co.* v. *Thomas* (1921), 77 Ind. App. 247, 133 N. E. 393.

## HAHN. v. W. N. JOHNSON. AUTO SHEET METAL WORKS.

[No. 12,612.   Filed June 23, 1926.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Roscoe Hahn against the W. N. Johnson Auto Sheet Metal Works, employer. From a denial of compensation, the claimant appeals. *Affirmed.* By the court in banc.

*J. Brandon Griffis* and *Earl Keisker,* for appellant.
*Joseph W. Hutchinson,* for appellee.

THOMPSON, J.—Appellant filed an application for compensation. Appellee filed a motion to dismiss said application for the alleged reason that the claim was barred by the statute of limitation. Appellee's motion was overruled. At the hearing, the parties agreed on a statement of facts in the case. The Industrial Board denied compensation.

The facts in this case are in some respects similar to the case of *Evansville, etc., Milk Co.* v. *Allen* (1926), 84 Ind. App. 199, 150 N. E. 793, but they are not identical, as in that case there was an application for adjustment of compensation and not for review on account of changed conditions as in the instant case. The facts in this case are such as to bring it within the rule laid down in *In re Hogan* (1921), 75 Ind. App. 53, 129 N. E. 633, and, on authority of that case, the award is affirmed.